Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-996

**Effective Date of Registration:**
May 07, 2025
**Registration Decision Date:**
July 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Hem of His Garment |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | November 06, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Wayne Pascall |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Wayne Pascall |
| | 2630 W Edgemont Ave, Montgomery, AL, 36108, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Wayne Pascall |
| **Email:** | pascallw@gmail.com |
| **Address:** | 2630 W Edgemont Ave |
| | Montgomery, AL 36108 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 07, 2025 |
| **Applicant's Tracking Number:** | WP2025041602 |

