# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

WAYNE PASCALL,

    Plaintiff,                                       Case No.: 1:26-cv-03018

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## <u>SCHEDULE A TO COMPLAINT</u>

| No. | Defendants |
| --- | --- |
| 1 | LIXION Decor |
| 2 | tianjinbangteyunshugufenyouxiangongsi |
| 3 | AJie SHOP |
| 4 | MSS Art |
| 5 | XianNingShiHanBiaoShangMaoYouXianGongSi |
| 6 | Sleaf WALLART |
| 7 | ting fa |
| 8 | THĂNG STORE SHOP23 |
| 9 | BIENMINIA |
| 10 | FangTengShangMao |
| 11 | xujsg mll |
| 12 | jiyingUS |
| 13 | AnZhenJianZhuGongCheng |
| 14 | ywyxgs |
| 15 | ddaz、 |
| 16 | xuchangdingxiazhuangshigongcheng |
| 17 | flycar |
| 18 | AILI STROE |
| 19 | KeZhou |
| 20 | Jd |
| 21 | jinzhicheng |
| 22 | Yanyuanzhang |
| 23 | dianlongshangmao |

| | |
|---|---|
| 24 | WEIWEITENG ART |
| 25 | Decorative Painting Suna |
| 26 | Art is beautiful |
| 27 | super oil painting |
| 28 | Segmentation |
| 29 | bruce art |
| 30 | Fusu poster |
| 31 | Lee Hui |
| 32 | You and me Du |
| 33 | Every moment is worth a thousand gold |
| 34 | Creative decorative paintings |
| 35 | The Painting Shop |
| 36 | Quiet art shop |
| 37 | Canvas Art Second Branch |
| 38 | Colorful Diamond Picture |
| 39 | Draw a small hallway |
| 40 | Print Canvas Co |
| 41 | CanvasOutlet |
| 42 | the little painter |
| 43 | Good picture artwork |
| 44 | Wall decoration art company |
| 45 | Painting decoration shop |
| 46 | GiftGalaxye |
| 47 | qiuqiuDecorate |
| 48 | XJZ Base of art |
| 49 | HJxin |
| 50 | zhitengfuzhuang |
| 51 | My World Art |
| 52 | zhitengxiefu |
| 53 | yujain ni art |
| 54 | hualihuawai |
| 55 | JoyGlideArt |
| 56 | Trend Life |
| 57 | Vivid Prints |
| 58 | xiaomingDecorate |
| 59 | CelerVerseLW |
| 60 | Decorative painting guy |
| 61 | pingpingDecorate |

| | |
|---|---|
| 62 | MoireCanvas Art |
| 63 | xiaozeDecorate |
| 64 | BrushTrace Canvas |
| 65 | Nine Poster Painting |
| 66 | Breeze Canvas Art Studio |
| 67 | Lkjkjghgf |
| 68 | Ethereal g |
| 69 | Carpenter Chan |
| 70 | Colorful Fruit Art Painting |
| 71 | ZHENSHAN SPACE DESIGN |
| 72 | Beach Towel Shop |
| 73 | Wall decoration one |
| 74 | C Fast decorative painting |
| 75 | HAHA Poster |
| 76 | LUCKJINNYA |
| 77 | FuDao Home Furnishing |
| 78 | Good Life Picture |
| 79 | Keith Poster Art House |
| 80 | yujian art |
| 81 | xiaoyuDecorate |
| 82 | PEILOVEPEI |
| 83 | HUAHUJIAN ART |