**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

WAYNE PASCALL,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:26-cv-03018

Judge Jeffrey I. Cummings

Magistrate Judge Heather K. McShain

## SECOND AMENDED SCHEDULE A TO COMPLAINT

| No. | Defendants |
| --- | --- |
| 1 | BIENMINIA |
| 2 | FangTengShangMao |
| 3 | xujsg mll |
| 4 | AILI STROE |
| 5 | Jd |
| 6 | jinzhicheng |